In the Matter of the Application of the BOARD OF TRUSTEES OF THE VILLAGE OF SARANAC LAKE for the Appointment of Commissioners Pursuant to Section 149 of the Village Law. RAYMOND D. BLAUVELT, ·Appellant; VILLAGE OF SARANAC LAKE, Respondent.— Order unanimously affirmed, with costs. Present — Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HUGH F. FEELEY, Appellant.* Judgment of conviction unanimously affirmed. Present — Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ.